IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEREMY LEE HASTON                                                                                         PLAINTIFF

V.                             CASE NO. 4:12CV792 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                                      DEFENDANT

# JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 18th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE